PER CURIAM.
Clifton Deon Sheppard appeals from final judgments of conviction and entry of sentences. We affirm.
Although we deplore the prosecutorial misconduct evident in this case,[1] the defendant elected to make no contemporaneous objections. The unobjected-to comments complained of do not rise to the level of fundamental error; they did not destroy the essential fairness of the trial. See Rogers v. State, 783 So.2d 980, 1002 (Fla.2001); Kilgore v. State, 688 So.2d 895, 898 (Fla.1996); Scoggins v. State, 691 So.2d 1185, 1189 (Fla. 4th DCA 1997)(“Funda-mental error has been defined as one that goes to the essence of a fair and impartial trial, error so fundamentally unfair as to amount to a denial of due process.”).
Affirmed.

. See Guerra v. State, 813 So.2d 112 (Fla. 3d DCA 2002); Rodriguez v. State, 794 So.2d 711 (Fla. 3d DCA 2001)(Ramirez, J., concurring).